UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEDRICK SIMMS | CIVIL ACTION |
| VERSUS | NO. 08-4136 |
| F. HARRIS ET AL. | SECTION "N" (2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motions for summary judgment, Record Doc. Nos. 17 and 24, are hereby **GRANTED** and that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE